**UNPUBLSHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 97-2110**

───────────

MICHAEL COLBERT,

Plaintiff - Appellant,

versus

INOVA HEALTH CARE SERVICES,

Defendant - Appellee.

───────────

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Albert V. Bryan, Jr., Senior District Judge.  (CA-96-1695-A)

───────────

Submitted:  January 20, 1998          Decided:  January 30, 1998

───────────

Before WILLIAMS and MOTZ, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Michael Colbert, Appellant Pro Se.  Stephen William Robinson, MCGUIRE, WOODS, BATTLE & BOOTHE, McLean, Virginia, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order granting summary judgment in favor of Defendant in his employment discrimination action. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Colbert v. Inova Health Care</u>, No. CA-96-1695-A (E.D. Va. July 15, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>